United States District Court
Southern District of Texas
**ENTERED**
June 17, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MICHAEL T. ASHCRAFT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-1995 |
| § | |
| MUD MIXERS, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiff Michael Ashcraft filed suit against Defendants Mud Mixers, LLC, Q'Max Solutions, and Q'Max America, Inc. on June 15, 2018, seeking relief under the Fair Labor Standards Act. (Doc. No. 1.). Defendant Mud Mixers, LLC was dismissed on August 21, 2018. (Doc. No. 12.) Before the Court was able to rule on Plaintiff's Motion for Conditional Certification, the parties notified the Court of their settlement. (Doc. Nos. 19, 33.)

Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Defendants Mud Mixers, LLC, Q'Max Solutions, and Q'Max America, Inc.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th day of June, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE